UNITED STATED DISTRICT COURT
DISTRICT OF MAINE

MAINE HUMAN RIGHTS COMMISSION, )
 (for the use of Shirley Carney) and )
 )
SHIRLEY CARNEY )
 )
    Plaintiffs, )
 )
v. )
 )
SUNBURY PRIMARY CARE, P.A. )  Docket No. 1:09-cv-466
 )
    Defendant. )

## DEFENDANT'S EXPERT WITNESS DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(2), this Court's Scheduling Order dated October 5, 2009 and the Court's Order granting Consent Motion to Extend Certain Scheduling Order Deadlines by Sixty (60) Days with Incorporated Memorandum dated January 22, 2010, Defendant Sunbury Primary Care, P.A. ("Sunbury"), hereby provides its expert witness and treating physician disclosures[1]. Sunbury reserves the right to supplement these disclosures as discovery progresses.

 1. John W. "Dutch" Stephens, PA-C
   Corinth Family Medicine
   492 Main Street
   Corinth, ME 04427

Mr. Stephens was Ms. Carney's primary care provider for a number of years and is expected to testify about the type of auxiliary aid(s) or service(s) provided to Ms. Carney during her appointments as well as his opinion as to their effectiveness.

 2. Gary Parker, M.D.
   Sunbury Medical Associates
   133 Corporate Drive, Ste. 5
   Bangor, Maine 04401

---

[1] Sunbury is providing disclosure information under Fed. R. Civ. P. 26(a)(2) for all of these treating physicians out of an abundance of caution.

1

Dr. Parker treated Ms. Carney during his affiliation with Orthopedic Surgery & Sports Medicine (358 Broadway, Ste. 100, Bangor, ME 04401). Dr. Parker is expected to testify, consistent with the medical records previously provided to the defendant, about the type of auxiliary aid(s) or service(s) provided to Ms. Carney during her appointments as well as his opinion as to their effectiveness.

3. Julie Hicks, D.O.
   Sebasticook Valley Hospital
   447 North Main Road
   Pittsfield, Maine 04967

Dr. Hicks is Ms. Carney's primary care provider, and is expected to testify, consistent with the medical records previously provided to the defendant, about the type of auxiliary aid(s) or service(s) provided to Ms. Carney during her appointments as well as her opinion as to their effectiveness.

4. Sidney R. Block, M.D.
   Block & Gratwick
   275 Union Street
   Bangor, Maine 04401

Dr. Block is expected to testify, consistent with the medical records previously provided to the defendant, about the type of auxiliary aid(s) or service(s) provided to Ms. Carney during her appointments as well as his opinion as to their effectiveness.

5. Robert M. Hoffman, M.D.
   Northeast Cardiology Associates
   One Northeast Drive
   Bangor, Maine 04401

Dr. Hoffman is Ms. Carney's cardiologist and is expected to testify, consistent with the medical records previously provided to the defendant, about the type of auxiliary aid(s) or service(s) provided to Ms. Carney during her appointments as well as his opinion as to their effectiveness.

6. Michael B. Solomon, M.D.
   Acadia OB Gyn Associates, P.A.
   68 Mt. Hope Avenue
   Bangor, Maine 04401

Dr. Solomon was Ms. Carney's gynecologist for a number of years and is expected to testify, consistent with the medical records previously provided to the defendant, about the type of auxiliary aid(s) or service(s) provided to Ms. Carney during her appointments as well as his opinion as to their effectiveness.

Respectfully submitted,

Dated: March 26, 2010

Robert C. Brooks, Esq.
Verrill Dana, LLP
One Portland Square
PO Box 586
Portland ME 04112-0586
Phone: 207/774-4000
Fax: 207/774-7499
rbrooks@verrilldana.com

Attorney for Defendant,
Sunbury Primary Care, P.A.